# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5
### (Complaint/Indictment/Other District)

Case No.: 3:19-MJ-00075                    Date: December 27, 2019

**Defendant(s):** Tamara Devonna McClellan - CUSTODY        **Counsel:** Andrea Harris - AFPD

PRESENT:
- Presiding Judge: Hon. Joel C. Hoppe, USMJ   TIME IN COURT: 9:34-9:41=7 min.
- Deputy Clerk: Joyce C. Jones
- Court Reporter: FTR/J. Jones
- AUSA: Jeb Terrien
- USPO: Sarah Goodwin
- Case Agent: Case Agent
- Interpreter: Interpreter

☒ Defendant arrested on warrant from Western District of North Carolina – Charlotte Division.

**RIGHTS:**

☒ Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒ Defendant advised of right to retain counsel or to request that counsel be appointed.
☒ Defendant advised of right to preliminary exam.
☒ Defendant advised of right to identity hearing.
☒ Defendant advised of right to a bond/detention hearing.

**COUNSEL:**

☐ Defendant present with counsel.
☒ Defendant present without counsel.
☒ Defendant requests appointment of counsel. CJA 23 Financial Affidavit completed. Court appoints Federal Public Defender – Andrea Harris.

**IDENTITY:**

☐ Identity hearing held.
☒ Identity hearing waived.*

**PRELIMINARY HEARING:**

☐ Preliminary hearing held.
☐ Preliminary hearing waived.*
☒ Defendant requests preliminary hearing in prosecuting district.*

**RELEASE/DETENTION:**

☒ Defendant does not contest detention.
☐ Government moves for detention.

☒ Detention hearing held. Court goes over charges. Defendant requests court appointed counsel in WDNC. Court executes Order of Commitment to Another District. Defendant remanded to custody of the U. S. Marshal.
☐ Government does not oppose bond. Bond set at amount and type of bond. See conditions below.
☒ Order of Commitment to Another District (AO 94).
  OR
☐ Conditions of Release/Bond to enter for reasons as follows:


***REMINDER:**  FORM AO466A - WAIVER OF RULE 5 & 5.1 HEARING MUST BE COMPLETED AND SIGNED BY DEFENDANT.